# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 7, 2023

_____

## DOCKET CORRECTION NOTICE

_____

No.   23-1592 (L),        Wilderness Society v. United States Forest Service

TO:   Cale Jaffe
      Layla Hughes

MOTIONS DUE:  July 12, 2023

Please file the motion identified below by the due date indicated using the **MOTION** entry.

[ X] **MOTION / file amicus brief**

-As there is no briefing schedule currently in effect, you must file a motion for leave to file the proposed amicus brief.

Jeffrey S. Neal, Deputy Clerk
804-916-2702